AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT



for the

Western District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.    MJ25-474 |
| | ) | |
| WILMER SAUL GAMEZ-TORRES | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Wilmer Saul GAMEZ-TORRES                                           ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☑ Complaint
❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

  Illegal reenty of a previously deported alien, in violation of Title 8, United States Code, Section 1326(a).

Date:    08/04/2025

_____
*Issuing officer's signature*

City and state:    Seattle, Washington

Brian A. Tsuchida, United States Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|

This warrant was received on *(date)* 5/01/26 , and the person was arrested on *(date)* 5/01/26
at *(city and state)* KenT, WA .

Date: 5/01/26

_____
*Arresting officer's signature*

MIGUEL GARCIA
*Printed name and title*