UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>  v.<br><br>WILMER SAUL GAMEZ-TORRES,<br><br>    Defendant(s). | CASE NO. CR26-0086-KKE<br><br>ORDER GRANTING MOTION TO<br>EXPEDITE SENTENCING |

Defendant, through counsel, filed a motion to expedite sentencing, following his guilty plea to the charge of reentry of removed alien. Dkt. No. 19. The basis for the motion is that, consistent with Defendant's plea agreement, the Government will recommend a time-served sentence. Dkt. No. 16 at 8. Defendant asks the Court to order the preparation of an expedited presentence report so that his sentencing can be expedited to "the soonest possible date" that is practicable. Dkt. No. 19 at 2.

Neither the Government nor Probation opposes the motion, so long as they have adequate time to prepare. Dkt. No. 20. Probation reports that it can complete an expedited presentence report in approximately two weeks' time, and the Government requests at least three working days following receipt of that report to file its sentencing memorandum. *Id*. at 4.

Federal Rule of Criminal Procedure 32(c)(1)(A) and United States Sentencing Guidelines § 6A1.1(b), in combination, express a strong preference for the preparation of a presentence report,

ORDER GRANTING MOTION TO EXPEDITE SENTENCING - 1

yet a defendant may "knowingly waive[ the] right to preparation of a presentence report and ask[] to proceed to sentencing as quickly as possible." *See United States v. Shehadeh*, 962 F.3d 1096, 1102 (9th Cir. 2020).

Here, Defendant does not waive the preparation of the presentence report altogether, but requests only that the preparation of the report be expedited to include "only the bare minimum" of required information. *See* Dkt. No. 20 at 4 n.2. The Court finds that ordering an expedited presentence report will not deprive it of the information it needs to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553. Accordingly, the Court GRANTS Defendant's unopposed motion (Dkt. No. 19), hereby vacating the previous sentencing hearing of August 3, 2026 (Dkt. No. 18) and re-setting the sentencing hearing for June 23, 2026, at 10 a.m.

Probation shall file an expedited presentence report no later than June 10, 2026. The parties' sentencing memoranda are due on June 16, 2026.

Dated this 27th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO EXPEDITE SENTENCING - 2